914

*David R. Lessler* for petitioner. *William J. Larkin, Jr.* for the American Brass Co.; and *Margaret C. Driscoll* for the Ansonia Brass Workers Union Local 445, respondents.

No. 457. DWORSKY ET AL., DOING BUSINESS AS FIDELITY FACTORS, *v.* LEICHTER. C. A. 3d Cir. Certiorari denied. *Max L. Rosenstein* for petitioners. *George F. Losche* for respondent.

No. 462. UNITED HOISTING CO., INC. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied. *Edward D. Bolton* for petitioners. *Solicitor General Cummings, John R. Benney* and *George J. Bott* for respondent.

No. 464. FIRST NATIONAL BANK IN HOUSTON ET AL. *v.* LAKE, TRUSTEE. C. A. 4th Cir. Certiorari denied. *Hilary W. Gans* and *Leon Jaworski* for petitioners. *Frank B. Ober* for respondent.

No. 467. KELLEY, GLOVER & VALE, INC., TRUSTEE, *v.* KRAMER ET AL. C. A. 7th Cir. Certiorari denied. *Jay E. Darlington* for petitioner. *Arthur J. Goldberg* for respondents.

No. 409. AMERICAN SNUFF CO. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. MR. JUSTICE BLACK took no part in the consideration or decision of this application. *Newell N. Fowler, Ceylon B. Frazer* and *Robert N. Denham* for petitioners. *Solicitor General Cummings, George J. Bott, David P. Findling, Mozart G. Ratner, Bernard Dunau* and *Harvey B. Diamond* for respondent.